UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JSB, a minor, by his parents and natural guardians MARINA DIAZ and JOSE DIAZ,<br><br>            Plaintiff,<br><br>    vs.<br><br>CARSON CITY SHERIFF HARRY W. WHEELER,<br><br>            Defendant. | 3:14-cv-00436-LRH-WGC<br><br>**MINUTES OF THE COURT**<br><br>April 9, 2015 |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Before the court is Defendant's Motion to Extend Time for Filing Dispositive Motions (First Request). (Doc. # 12.)  Defendants seek an extension of the current dispositive motions deadline (April 7, 2015) to and including June 4, 2015, to allow for completion of certain underlying proceedings. (*Id.*, at 2, 3.)  Plaintiff does not oppose a reasonable time for the Defendant to file a dispositive motion, but does oppose "an open-ended order granting...what would essentially be in indefinite amount of time to file a dispositive motion." (Doc. # 13 at 1-2.)  The court does not find an approximate two month extension of time to be an unreasonable request.

    Defendant's motion (Doc. # 12) is therefore **GRANTED** and the deadline for filing dispositive motions is extended **to and including June 4, 2015.**  The Joint Pre-Trial Order shall be filed no later than **July 6, 2015.**  If a dispositive motion is filed, the Joint Pre-Trial Order shall be due **thirty (30)** days after a decision on the dispositive motion.

    **IT IS SO ORDERED.**

                                                                            LANCE S. WILSON, CLERK


                                                                            By:      /s/
                                                                                 Deputy Clerk