Luke Busby, Esq.
216 East Liberty Street
Reno, Nevada 89501
(775) 453-0112 (Dial Area Code)
(775) 403-2192 (Fax)
www.lukeandrewbusbyltd.com
luke@lukeandrewbusbyltd.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JSB, a minor, by his parents and natural
guardians MARINA DIAZ and
JOSE DIAZ.

    Plaintiff,

vs.

CARSON CITY DEPUTY SHERIFF
HARRY W. WHEELER,

    Defendant,
_____/

Case No.: 3:14-cv-00436-LRH-WGC

## NOTICE OF RELATED CASES

Pursuant to Local Rule ("LR") 7-2.1, please take notice that on October 23, 2015 counsel for the Plaintiff filed a Notice of Appeal to the Nevada Supreme Court of a September 4, 2015 Order of the First Judicial District Court in Carson City ("District Court").

This matters are directly related to the case before this Court because they arose from the arrest of JSB by Carson City Sheriff's Deputy Harry Wheeler on May 20, 2104 following an incident that occurred when JSB and three other juveniles were walking home after class from Carson Middle School. Carson City charged JSB with violation of Carson City Municipal Code 8.04.050, Interference with city officers, sheriff's officers or firemen, which is a misdemeanor offense. JSB denies that he is liable to this offense for various reasons and that the Carson City Sheriff's Deputy Harry Wheeler had no cause to arrest JSB and used excessive force in arresting JSB.

A first Juvenile Master's Order was issued on October 30, 2014 in Case No. 14-10057J in Carson City Juvenile Court ("Juvenile Court"). JSB appealed the First Master's Order to the

District Court and the District Court rejected the First Master's Order and ordered a new hearing. On May 4, 2015 the Juvenile Court held a second fact-finding and issued a Second Master's Order on June 1, 2015. JSB appealed the Second Master's Order to the District Court. On September 4, 2015 the District Court issued an Order upholding the findings of the Second Juvenile Master's June 1, 2015 Order, which determined that JSB was liable for the offense. JSB is now appealing the September 4, 2015 Order of District Court upholding the findings of the Second Juvenile Master's June 1, 2015 Order to the Nevada Supreme Court. The District Court has used two different docket numbers for this case: 14-OJ000411B and 15-OJ000081B. The Nevada Supreme Court has designated this matter as Case No. 69089.

RESPECTFULLY submitted this Wednesday, November 18, 2015.

By: _____

Luke Busby, Esq.
216 East Liberty Street
Reno, Nevada 89501
(775) 453-0112 (Dial Area Code)
(775) 403-2192 (Fax)
www.lukeandrewbusbyltd.com
luke@lukeandrewbusbyltd.com

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, November 18, 2015, I electronically transmitted the forgoing pleading to document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel registered to receive Electronic Filings and/or I mailed the forgoing pleading to the address below by US Mail postage prepaid.

Katherine F. Parks, Esq.
Thorndal Armstrong
6590 S. McCarran Blvd. Suite B.
Reno, NV 89509
Attorney for the Defendant


By: _____
Luke Busby, Esq.
216 East Liberty Street
Reno, Nevada 89501
(775) 453-0112 (Dial Area Code)
(775) 403-2192 (Fax)
www.lukeandrewbusbyltd.com
luke@lukeandrewbusbyltd.com