Luke Andrew Busby, Ltd.
Nevada State Bar No. 10319
216 East Liberty St.
Reno, NV 89501
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JSB, a minor, by his parents and natural guardians MARINA DIAZ and JOSE DIAZ,<br><br>　　　　　Plaintiff(s),<br>　　vs.<br><br>CARSON CITY DEPUTY SHERIFF HARRY W. WHEELER<br><br>　　　　　Defendant(s).<br>_____/ | Case No. 3:14-cv-00436-LRH-WGC<br><br>**REPLY TO RESPONSE TO MOTION TO LIFT STAY** |

　　　Comes Now, Plaintiff, JSB, a minor, by his parents and natural guardians MARINA DIAZ and JOSE DIAZ, by and through the undersigned counsel, and hereby file the following Reply to the April 18, 2016 Defendant's Response to Plaintiffs' Motion to Lift Stay ("Defendant's Response"). This Reply is based on the following Memorandum of Points and Authorities.

　　　///

1

## MEMORANDUM OF POINTS AND AUTHORITIES

1.  The Defendant's Response argues that the Court's stay in this matter should be lifted and that the Defendant should be permitted to renew his Motion for Summary Judgment (Doc. #16).

2.  This case was filed by the Plaintiff on August 19, 2014.  The time period for filing dispositive motions in this matter passed on April 7, 2015, more than a year ago.  Further delay of this case for renewed consideration and refiling of another Motion for Summary Judgment is unreasonable given the amount of time that this case has been before the Court.

3.  Further, based on the ruling from the Nevada Supreme Court and the First Judicial District Court (Doc. # 29), there can no longer be any adverse ruling that could preclude liability for the Defendant under *Heck v. Humphrey*, 512 U.S. 477 (U.S. 1994).  The remaining arguments in the Defendant's Motion for Summary Judgment are as follows: that JSB's claim fails on substantive grounds (Motion at page 12 line 22); that the Defendant is entitled to Qualified Immunity (Motion at page 19 line 13); and that JSB's State Law claims fail as a matter of law because the force that the Defendant used to detain him was reasonable and discretionary immunity shields the Defendant. All of these arguments are essentially derivative from the Defendant's defense that the amount of force used was reasonable under the circumstances, which are issues upon which disputes as to genuine issues of material fact undeniably exist, as several witnesses to what occurred present differing accounts of the reasonableness of the amount of force used by the Defendant on JSB.

4.  Although the Court's Order in Doc. #28 states that it will allow the Defendant to refile the Motion for Summary Judgment subsequent to the outcome of JSB's appeal of his criminal conviction, because the underlying rulings are very clearly adverse to the Defendant's Motion for

Summary Judgment, the Plaintiff requests that Court lift the stay simply deny the already filed Motion for Summary Judgment and permit this matter to proceed to trial on the merits forthwith.

Respectfully submitted this April 18, 2016.

By: _____
Luke Busby
Nevada State Bar No. 10319
216 East Liberty St.
Reno, NV 89501
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, April 18, 2016, I electronically transmitted the foregoing pleading to document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel registered to receive Electronic Filings and/or I mailed the foregoing pleading to the address below by US Mail postage prepaid.

Katherine F. Parks, Esq.
Thorndal Armstrong
6590 S. McCarran Blvd. Suite B.
Reno, NV 89509
*Attorney for the Defendant*

By: _____

Luke Busby