1  Katherine F. Parks, Esq. - State Bar No. 6227
   Thorndal Armstrong Delk Balkenbush & Eisinger
2  6590 S. McCarran Blvd., Suite B
   Reno, Nevada 89509
3  (775) 786-2882
   Attorneys for Defendant
4  HARRY W. WHEELER

5

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF NEVADA

8

9  JSB, a minor, by his parents and natural
   guardians MARINA DIAZ and JOSE DIAZ,        CASE NO. 3:14-cv-00436-LRH-WGC
10
                                  Plaintiffs,
11                                               **DEFENDANT'S NOTICE OF**
   vs.                                           **ACCEPTANCE OF OFFER OF**
12                                               **JUDGMENT**
13 CARSON CITY SHERIFF HARRY W.
   WHEELER,
14
                                  Defendants.
15

16        COMES NOW Defendant, CARSON CITY SHERIFF HARRY W. WHEELER, by and

17 through his attorneys of record, Thorndal Armstrong Delk Balkenbush & Eisinger, and pursuant

18
   to FRCP 68(a) hereby serves notice of his acceptance of the Plaintiff's offer of judgment, a true
19
   and correct copy of which is attached hereto as Exhibit 1.
20

21        DATED this 22nd day of June, 2017.

22                                        THORNDAL ARMSTRONG
23                                        DELK BALKENBUSH & EISINGER

24                                        By: / s / Katherine F. Parks
25                                             Katherine F. Parks, Esq.
                                               State Bar No. 6227
26                                             6590 S. McCarran Blvd., Suite B
                                               Reno, Nevada 89509
27                                             (775) 786-2882
                                               Attorneys for Defendant
28                                             CARSON CITY DEPUTY SHERIFF
                                               HARRY W. WHEELER

                                  - 1 -

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, and that on this date I caused the foregoing **DEFENDANT'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** to be served on all parties to this action by:

\_\_\_\_\_ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the

      United States mail at Reno, Nevada.

  ✓   United States District Court, District of Nevada CM/ ECF (Electronic Case Filing)

\_\_\_\_\_ personal delivery

\_\_\_\_\_ facsimile (fax)

\_\_\_\_\_ Federal Express/UPS or other overnight delivery

fully addressed as follows:

**Luke Busby, Esq.**
**216 East Liberty Street**
**Reno, NV 89501**
*Attorney for Plaintiffs*

DATED this 22nd day of June, 2017.

                         */ s / Sam Baker*
                         An employee of THORNDAL ARMSTRONG
                         DELK BALKENBUSH & EISINGER

1

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION | NO. OF PAGES |
|---|---|---|
| 1 | Offer of Judgment | 2 |
| | | |

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1 –
## "Offer of Judgment"

# EXHIBIT 1 –
## "Offer of Judgment"

Luke Busby, Esq.
216 East Liberty Street
Reno, Nevada 89501
(775) 453-0112 (Dial Area Code)
(775) 403-2192 (Fax)
www.lukeandrewbusbyltd.com
luke@lukeandrewbusbyltd.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JSB, a minor, by his parents and natural
guardians MARINA DIAZ and
JOSE DIAZ.

    Plaintiff,

Case No.: 3:14-cv-00436-LRH-WGC

    vs.

CARSON CITY DEPUTY SHERIFF
HARRY W. WHEELER,

    Defendant,

_____/

### OFFER OF JUDGMENT

1.  Pursuant to Rule 68 of the Nevada Rules of Civil Procedure ("NRCP"), Plaintiffs offer to allow judgment to be taken in favor of the Plaintiffs to resolve all claims in the above captioned matter for forty-nine thousand nine hundred ninety-nine dollars and ninety-nine cents ($49,999.99). This is a lump sum offer and includes all interest, costs, attorney's fees or damages otherwise incurred in this matter.

2.  This an offer of compromise submitted for the purposes of NRCP 68.

3.  If not accepted within 10 days of the date of service of this offer, the offer shall be deemed to be withdrawn.

///

///

///

JSB v. Wheeler:  Page -1-

1   RESPECTFULLY submitted this Monday, June 5, 2017.

2

3                                    By: _____

4                                    Luke Busby, Esq.
                                     216 East Liberty Street
5                                    Reno, Nevada 89501
                                     (775) 453-0112 (Dial Area Code)
6                                    (775) 403-2192 (Fax)
                                     www.lukeandrewbusbyltd.com
7                                    luke@lukeandrewbusbyltd.com

8

9

10

11                        **CERTIFICATE OF SERVICE**

12        I hereby certify that on Monday, June 5, 2017, I electronically transmitted the forgoing

13   pleading to document to the Clerk's Office using the CM/ECF System for filing and transmittal

     of a Notice of Electronic Filing to all counsel registered to receive Electronic Filings and/or I
14
     mailed the forgoing pleading to the address below by US Mail postage prepaid.
15

16   Katherine F. Parks, Esq.
     Thorndal Armstrong
17   6590 S. McCarran Blvd. Suite B.
     Reno, NV 89509
18   Attorney for the Defendant

19

20

21   By: _____
     Luke Busby
22

23

24

25

26

27

28

                              JSB v. Wheeler:  Page -2-