Luke Busby, Esq.
216 East Liberty Street
Reno, Nevada 89501
(775) 453-0112 (Dial Area Code)
(775) 403-2192 (Fax)
www.lukeandrewbusbyltd.com
luke@lukeandrewbusbyltd.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JSB, a minor, by his parents and natural guardians MARINA DIAZ and JOSE DIAZ.

   Plaintiff,

vs.

CARSON CITY DEPUTY SHERIFF HARRY W. WHEELER,

   Defendant,
_____/

Case No.: 3:14-cv-00436-LRH-WGC

**NOTICE OF ESTABLISHMENT OF BLOCKED ACCOUNT**

     COMES NOW, JSB, a minor, by his parents and natural guardians MARINA DIAZ and JOSE DIAZ, by and through the undersigned counsel, and hereby files notice that the blocked account directed to be established by the Court in its July 17, 2017 Order approving the proposed minor's compromise has been established. Attached hereto as Exhibit 1 is proof that the account has been established in accordance with the Court's Order.

//

//

//

//

//

RESPECTFULLY submitted this Friday, August 11, 2017.

By: _____/s/ Luke A. Busby_____
Luke Busby, Esq.
216 East Liberty Street
Reno, Nevada 89501
(775) 453-0112 (Dial Area Code)
(775) 403-2192 (Fax)
www.lukeandrewbusbyltd.com
luke@lukeandrewbusbyltd.com

**CERTIFICATE OF SERVICE**

I hereby certify that on Friday, August 11, 2017, I electronically transmitted the forgoing pleading to document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel registered to receive Electronic Filings and/or I mailed the forgoing pleading to the address below by US Mail postage prepaid.

Katherine F. Parks, Esq.
Thorndal Armstrong
6590 S. McCarran Blvd. Suite B.
Reno, NV 89509
*Attorney for the Defendant*

Jose and Marina Diaz
1315 Willard Ln.
Carson City, NV 89701

By: _____/s/ Luke A. Busby_____
Luke Busby

Exhibit List

1. Proof of Establishment of Account