# Exhibit 1

# Exhibit 1



**NEVADA STATE BANK**
THE DOOR TO YOUR FUTURE

P.O. Box 2351
Reno, Nevada 89505
www.nsbank.com

August 11, 2017

To whom it may concern:

A Beneficiary/Custodian account ending in 6212 was opened on August 11, 2017 for J▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮. A deposit of $30,000.00 was made to the account. Please contact me at 775-688-7954 with any questions or concerns.

Thank you

*Janelle Gale* (signature)

Janelle Gale
Nevada State Bank
West Liberty
Assistant Branch Manager

---

**NEVADA STATE BANK**
THE DOOR TO YOUR FUTURE

Home Financing*
Credit Cards*
Loans & Credit Lines*
Business Lending*

Equal Housing Lender
ZB, N.A. NMLS# 467014
A division of ZB, N.A. Member FDIC
*Upon approved credit, restrictions apply.

Xfr DDA to SAV   6212  08/11/17
Dep Amount              $30,000.00
054   05                  0414 13:21

The amount reflected on this transaction receipt is subject to verification. TEL 0002 (02/16)